UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EILEEN A. CLINTON, on behalf of herself and as :      05 Civ. 9907 (CLB) (LMS)
administratrix of the estate of WILLIAM A.     :
CHAMPAGNE, JR.,
                               :

                   Plaintiffs,    :

                               :      **DECLARATION OF**
         -against-                   :      **JAMES A. LANGENFELD**

                               :

BROWN & WILLIAMSON HOLDINGS, INC., as :
successor by merger to AMERICAN TOBACCO :
COMPANY and PHILIP MORRIS USA INC.,

                               :

                Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JAMES A. LANGENFELD**, hereby declares under penalty of perjury the following:

1.     Annexed hereto is a true and correct copy of Expert Report of James Langenfeld, Ph.D., submitted in Clinton v. Brown & Williamson Holdings, Inc., et. al., dated September 7, 2006, which I hereby adopt and incorporate by reference as if fully set forth herein.

2.     I hold all of the opinions set forth in the annexed Expert Report of James Langenfeld, Ph.D., submitted in Clinton v. Brown & Williamson Holdings, Inc., et. al., dated September 7, 2006, to a reasonable degree of professional certainty.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2006

By: _____
            James A. Langenfeld